# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Tammy Lynn Young | | |
| **Case Number:** | 09-02310-JKC-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 20, 2009 10:30 AM   IP 325 | | |
| **Bankruptcy Judge:** | JAMES K. COACHYS | | |
| **Courtroom Clerk:** | RITA KREBS | | |
| **Reporter / ECR:** | LAURA TREPES | | |

## Matter:

Trustee's Objection To Confirmation of Debtors Amended Plan filed 8/20/09  [50, 57]

**R / M #:**   50 / 0

## Appearances:

STACY WISSEL, ATTORNEY FOR ROBERT A BROTHERS, TRUSTEE
BRIDGET TUCKER, ATTORNEY FOR TAMMY LYNN YOUNG

## Proceedings:

DISPOSITION:  Hearing held.  Objection(s) Sustained. Debtor(s) to file Amended Plan within 21 days or Case will be Dismissed.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**